**Exhibit A to the Complaint**

**Location:** Philadelphia, PA  **IP Address:** 71.185.211.146
**Total Works Infringed:** 37  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 1C59F9C3BEA945D86D9E15731516193AB7C9D6B3<br>File Hash:<br>54916F3D647A8034CBB8A66DBB58DC5C8DAB5549A5CFC3BDF590A5B80481175E | 08/08/2024 02:02:22 | Blacked Raw | 07/29/2024 | 08/14/2024 | PA0002484842 |
| 2 | Info Hash: A6A60965C8A7DB0E2C654568FFC37A6B921176B2<br>File Hash:<br>9399662739780BF035DF2080AE58B14CF30695894FB06122F294A4031A0F1A86 | 08/07/2024 01:50:10 | Blacked | 07/27/2024 | 08/14/2024 | PA0002484822 |
| 3 | Info Hash: AB103F155B309E48A7A7D65C62F4307E08958ABF<br>File Hash:<br>3A43902B69D2E96648C3FF5552311DE61D56689070B50F54228A694E37059C9D | 07/02/2024 00:57:50 | Blacked Raw | 07/01/2024 | 07/15/2024 | PA0002480619 |
| 4 | Info Hash: 4BF714892420B13DA3C01BC3D2E82842865B4522<br>File Hash:<br>6F0DB70A656FD724A3404B85A4868E4D74C04D910DE93CEC03B69B3897FADBD4 | 05/28/2024 15:51:41 | Blacked | 05/23/2024 | 06/18/2024 | PA0002476881 |
| 5 | Info Hash: 950F6D818E00FCDBC75EE5FFD3C56010037337F1<br>File Hash:<br>75C3A8DF00FEA1446878C454DC1237E4FCE1AD0C593FC498D92B61B767D95157 | 05/22/2024 02:49:45 | Blacked | 05/18/2024 | 06/18/2024 | PA0002476745 |
| 6 | Info Hash: 394148E1E1727054AAEA356F8D93679A501DA586<br>File Hash:<br>02FD32C13140D35A8B0A1EB2F67BFD6D0D180A41DC61A6272472F3F6D9FD68CD | 01/28/2024 20:40:34 | Blacked | 01/27/2024 | 02/27/2024 | PA0002457000 |
| 7 | Info Hash: A32BDCA457BA20D753D8D73F590AB36A02AB47C9<br>File Hash:<br>89AD53A898BD4DA272F1B32DC0091115520DCAA733499FA0C7419BA273DEB765 | 01/22/2024 13:41:56 | Blacked | 01/20/2024 | 02/13/2024 | PA0002454784 |
| 8 | Info Hash: FB0E798E24893752FDF6C5B49112F3DCC64548F1<br>File Hash:<br>7189733715E49666313DA4F5CE3993FB267EA23DAA80A229789A3447361A8396 | 12/08/2023 13:32:32 | Blacked Raw | 12/04/2023 | 12/12/2023 | PA0002445181 |
| 9 | Info Hash: EF94A8F7E5FA24A13BCFEB5527F183E880FFF8B0<br>File Hash:<br>F14993F4373EA486A6D834329ADE2673F8C5D03DAE57B0794F13FF99A71CC3D3 | 10/15/2023 04:07:22 | Blacked | 10/14/2023 | 11/13/2023 | PA0002439573 |
| 10 | Info Hash: 2AC3A36035B5887E61EC94079DE9A800DF6736A6<br>File Hash:<br>66CBCF85C7628A7FBACBD3A29ACC3C6055620E5C298207B14A7729742BB76046 | 10/13/2023 03:14:46 | Blacked Raw | 10/09/2023 | 10/18/2023 | PA0002435308 |
| 11 | Info Hash: D7A619CF763AE62606BA14246445B4C701D05EAD<br>File Hash:<br>77FB45DE481818C9593862D17E65D4DAB0A0E1FE851C4EA2487F62648C9BCE9F | 09/17/2023 22:47:40 | Blacked | 07/15/2023 | 08/17/2023 | PA0002425771 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 87E0C840932941C63FC4A5F44F83784CBB3DD479<br>File Hash: 38BCBBE49002653121C9451C7D71780AB45C4B144D671273D6477B38728B5AD1 | 09/01/2023 20:11:28 | TushyRaw | 08/30/2023 | 09/18/2023 | PA0002430961 |
| 13 | Info Hash: AB96F2DB81117B5E0100384CD115BCAA8F9F4AB5<br>File Hash: 98CB8CBC9D40ACBF2B8A1EDCC550BE44005F7E3767A6CD6C0F34558D674309AC | 08/08/2023 20:59:38 | Blacked Raw | 08/07/2023 | 08/17/2023 | PA0002425526 |
| 14 | Info Hash: 045AEEFE018AE2815CF6B4FA7138A3DF0760ECA7<br>File Hash: DE364D4FCA126DC64C9DDE43A743A3DD850F9C66CA71C37CFEE52C9182C08CC7 | 05/25/2023 13:14:29 | Tushy | 05/21/2023 | 06/09/2023 | PA0002415379 |
| 15 | Info Hash: 03084844DBF24E1040F9E2A666DC6E2A8031E58F<br>File Hash: 654D056CED9C3F041D848BFF36FF7EE17E2BF4D6232F9DE941C9D057E36FE022 | 05/24/2023 13:53:52 | Blacked | 05/20/2023 | 06/09/2023 | PA0002415379 |
| 16 | Info Hash: 73FC532AC1B985A0D6A8AC0E61DBA029B4974E9B<br>File Hash: E0FA800916BEE3A6270F1FB1D2A7B484B0450B1E815135A452D0CA7044B33664 | 05/16/2023 16:05:53 | Blacked | 05/13/2023 | 06/09/2023 | PA0002415384 |
| 17 | Info Hash: 14B5D2AE50DADFE9402EAD952F7BA026CCCA9DB4<br>File Hash: EF8B9E2FCDC606FEE1B0C333BF4EB5A9ABADBB54368521403D8D0499FD859F89 | 05/09/2023 06:18:49 | Blacked | 05/06/2023 | 05/15/2023 | PA0002411299 |
| 18 | Info Hash: 6ED38D738D7584B6A6DDE3498B50C2883D680458<br>File Hash: 38B1E812773D3E0FCEDFAC6038AF0A4D29A051DBFE54A4E37589413B2E2B4DEC | 04/27/2023 14:04:48 | Blacked Raw | 04/24/2023 | 05/14/2023 | PA0002411259 |
| 19 | Info Hash: 0B9081C0D8C3CE5780FBCDE157AFD6F366639E29<br>File Hash: C271D31EAE7925D01088C7A0D2265F021206148DCD58848A0894238D4F04C930 | 03/23/2023 20:39:34 | Blacked Raw | 03/20/2023 | 04/07/2023 | PA0002405757 |
| 20 | Info Hash: 45E6D74963C18BF60B8A529AA23A409FE53E37B4<br>File Hash: BE684BC9C4A7C8B78AAD19E736ECB287799E535F2EC01A1E8DC53EAFF2B79681 | 03/14/2023 14:23:04 | Blacked | 03/11/2023 | 04/09/2023 | PA0002405763 |
| 21 | Info Hash: 7597C80EAED55D7164C40D01EBF6C15DE4268AC4<br>File Hash: 33D88076F624E2684D967825035828CC25CBFBB4B29E49E25A0A199E20015A14 | 02/07/2023 14:59:01 | Blacked | 02/04/2023 | 03/07/2023 | PA0002400314 |
| 22 | Info Hash: A5243AD3B731DDCB85B9B26787D704D8FBD95749<br>File Hash: 4701AFFF539EB6035A0426FF57A177DDEFDB88975920C4D9646001AB96A39CB4 | 01/09/2023 17:35:46 | Blacked | 01/07/2023 | 01/27/2023 | PA0002393078 |
| 23 | Info Hash: 9BFF2431CB1534DD602B6E18843CFE128BA77BFE<br>File Hash: 2F373BD577AD940EA97E210845FF2F3FAF31E7DD3EF9A064C502F0C78255C309 | 01/05/2023 15:15:25 | Slayed | 07/12/2022 | 08/10/2022 | PA0002370897 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: B9DF002116540453038D67546BB3641D0F58C69E<br>File Hash: FBA5E95F4E0DD7FA9E2A056710154F81DD5DA85E516F4763E2C993952D13A8AE | 01/04/2023 15:25:03 | Tushy | 01/01/2023 | 01/10/2023 | PA0002389579 |
| 25 | Info Hash: DD6582F97DEDFA074D227FD4169F9ABFF71C9F9B<br>File Hash: 3498792D84F9BC2B5CD08B4AEED92B6443D04C6BFA67050613EA9F2F11C2FE64 | 12/26/2022 15:38:51 | Blacked | 11/12/2022 | 12/11/2022 | PA0002384761 |
| 26 | Info Hash: 81F168AE4D617B492ABE43FD31EB38D8A5B5BCA5<br>File Hash: B51FACD2FC56DAE63E9AC46634D88BB4CEE03E6887A99467095C8C6435C3F91C | 12/26/2022 15:37:19 | Blacked Raw | 10/16/2022 | 11/01/2022 | PA0002378071 |
| 27 | Info Hash: 4D93F4FB8CFF6B319778B7AA15FBEE54A4964862<br>File Hash: 1887F620C4288B41827C85A7C226937D98682F28A9DEB01360EA10C0A43C77E7 | 12/26/2022 15:35:00 | Blacked Raw | 10/21/2022 | 10/31/2022 | PA0002377818 |
| 28 | Info Hash: 0D20B774944936C907A232E14157046C59D66A6E<br>File Hash: 2F70C8E25FA2502D5FD2B5B1B0B224792BFD1A1AD2E2AAFAF6E8936B163964A2 | 10/07/2022 15:28:38 | Vixen | 09/02/2022 | 11/01/2022 | PA0002378068 |
| 29 | Info Hash: 24550021ABCBE71DCF048521BFA63F64964F7CDB<br>File Hash: 0881083D537D67B17DE4B9412D7A30A1D9B4453D47ACD18EB069BA82D1992253 | 09/26/2022 14:06:11 | Blacked | 09/24/2022 | 10/05/2022 | PA0002373769 |
| 30 | Info Hash: EC68B457BE349B79829F630F4FF0561C19082BFB<br>File Hash: 3E9B66923DA29F393FB02A1AE15AA7EBD1EDD0CFA8559E95CB3E61DD0ABF70E8 | 09/24/2022 20:42:13 | Blacked Raw | 09/21/2022 | 10/05/2022 | PA0002373950 |
| 31 | Info Hash: 7D4A7CA1D1D3C53CA13B10A1443E515B9036CB6C<br>File Hash: 76C1663C6E2EB8A19475499777B513D5E8EE3D37B368D27E5D704D753B83D745 | 09/21/2022 13:35:55 | Blacked | 09/17/2022 | 10/05/2022 | PA0002373760 |
| 32 | Info Hash: D70D2C95E1758D6D0838C13142400443F66F0E51<br>File Hash: 8D9CBF0567FDCBF4C4762C68C84376A08B27A8D2CB71B3F37D798FBCA86B7570 | 09/12/2022 12:06:30 | Blacked | 09/10/2022 | 10/05/2022 | PA0002373949 |
| 33 | Info Hash: 70D3E779D30678EB929E2EEF115D993F8973B5DD<br>File Hash: C639BD8B3EC1C9F8B42A1214F12742C2C125AB9D2835CB4984F8191E5044A14F | 08/24/2022 13:22:18 | Blacked Raw | 08/22/2022 | 08/30/2022 | PA0002367731 |
| 34 | Info Hash: A64381041A252AD91A64156C8F12B51A4933A693<br>File Hash: 2DDDE9A5514A9E98DCCFC4EA6F1978A7B303D71F9AA9B450FD96423B72AA1AEE | 08/22/2022 13:46:09 | Blacked | 08/20/2022 | 08/29/2022 | PA0002367733 |
| 35 | Info Hash: D535E04CB588396BC4F9AC90F565D616FE5030B0<br>File Hash: 9DB5B44495E1BEFBE91BBE830B6BF5482AEBF0A8DD24457C543CA7DDBB94119F | 08/08/2022 13:38:13 | Blacked | 08/06/2022 | 08/29/2022 | PA0002367714 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 950CF322CAF29FE4D7BD1603C10F1CC81C7416E6<br>File Hash:<br>9C181FD2509B79ECD4AAD840F26DC90AB87C08C47AD22926DAF00FB732956FC5 | 08/04/2022<br>13:48:59 | Blacked Raw | 08/01/2022 | 08/29/2022 | PA0002367736 |
| 37 | Info Hash: F81CE28FE9EBF38DDC6BD65EF545FE9D45AB0F5C<br>File Hash:<br>CFCA30A575EC682A41EEE611A1D5F88666A5ADE1DFE65CC761774D742A47CA7D | 07/17/2022<br>02:16:16 | Blacked Raw | 06/27/2022 | 07/22/2022 | PA0002359465 |